JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN S. AYALA | ) | CASE NO. 2:16-CV-7264 |
| Plaintiff | ) ) ) | |
| v. | ) ) | ORDER DISMISSING ACTION WITH PREJUDICE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant | ) ) | |

Based upon the stipulation of the parties, this action is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

DATED: <u>February 22, 2017</u>

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE

Order For Dismissal

1